In the Matter of the Accounting of WATERTOWN NATIONAL BANK, as Sole Surviving Trustee under the Will of WILLIAM J. KELLOW, Deceased, Respondent. ANNIE J. DUNN et al., Appellants.— Decree insofar as appealed from affirmed, with costs payable out of the estate to all parties filing briefs. All concur. (Appeal from part of a decree dismissing the objections to the account of the trustee bank, and settling and allowing the account.) Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ. [See 284 App. Div. 836.]

■

RUSSELL L. BARTLETT, as Administrator of the Estate of DANIEL J. BARTLETT, Deceased, et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 32504.) — Order reversed, without costs of this appeal to any party, and motion denied, without costs, with leave to claimants to renew their application upon sufficient papers. Memorandum: The Court of Claims Act provides that permission to file a claim after the prescribed statutory period may be granted upon motion made at any time within two years after the decedent's death, where the claim is for wrongful death. It is essential, however, that the affidavits upon which said application is based shall be adequate and sufficient to satisfy the requirements of the statute. The affidavits must show " a reasonable excuse for the failure to file the notice of intention and that the state or its appropriate department had, prior to the expiration of the time limited for the filing of the notice of intention, actual knowledge of the essential facts constituting the claim." We do not feel that the affidavits here relied upon were sufficient to satisfy such requirements. (See *Schroeder* v. *State of New York,* 252 App. Div. 16.) All concur. (Appeal from an order allowing claimants to file a claim pursuant to subdivision 5 of section 10 of the Court of Claims Act.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ. [See 284 App. Div. 836, 868.]

■

NEW AMSTERDAM CASUALTY COMPANY, Appellant, v. WALTER FILOZOF et al., Defendants, and LORRAINE MORSE, Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order granting a motion by defendant Morse to dismiss plaintiff's complaint.) Present — McCurn, P. J., Vaughan, Kimball and Piper, JJ.

■

CLIFFORD L. DE FISHER, Appellant, v. DOMINICK CORDELLO et al., Respondents.— Order affirmed, with costs. All concur. (Appeal from an order setting aside the verdict of a jury in favor of plaintiff, and granting a new trial in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 284 App. Div. 837.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHMOND E. DE RUSHA, Appellant.— Order affirmed. (See *People* v. *Lake,* 190 Misc. 794, appeal dismissed 299 N. Y. 675, and *People* v. *Barber,* 276 App. Div. 1040.) All concur. (Appeal from an order dismissing the petition for a writ of error and returning petitioner to Attica State Prison to complete his term of imprisonment.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.